# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IVETTE FIGUEROA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-10-760-M |
| | ) |
| DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 13, 2012, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation on Dismissal of Defendants Jackson, Ipaye, Amus, McMaster, Hurley, Nunn, Cotner and Jane Doe Pursuant to 28 U.S.C. §§ 1915 and 1915A in this action brought pursuant to 42 U.S.C. § 1983.  The Magistrate Judge recommended that the claims set forth in the Amended Complaint brought against defendants Jackson, Ipaye, Amus, McMaster, Hurley, Nunn, Cotner and Jane Doe, Medical Accounts Payable, be dismissed pursuant to 28 U.S.C. §§ 1915 and 1915A on grounds that plaintiff has failed to state claims upon which § 1983 relief may be granted and that plaintiff's motion for discovery be denied.  Plaintiff was advised of her right to object to the report and recommendation by April 3, 2012.  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation on Dismissal of Defendants Jackson, Ipaye, Amus, McMaster, Hurley, Nunn, Cotner and Jane Doe Pursuant to 28 U.S.C. §§ 1915 and 1915A [docket no. 125] issued by the Magistrate Judge on March 13, 2012;

(2) DISMISSES plaintiff's claims brought against defendants Jackson, Ipaye, Amus, McMaster, Hurley, Nunn, Cotner and Jane Doe, Medical Accounts Payable, pursuant to 28 U.S.C. §§ 1915 and 1915A on the grounds that plaintiff has failed to state claims upon which § 1983 relief may be granted;

(3)     DENIES plaintiff's motion for discovery [docket no.110], and

(4)     DECLINES to entertain jurisdiction over plaintiff's state law claims and dismisses them without prejudice pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED this 16th day of April, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE